1  JAN P. WEIR, Cal. Bar No. 106652
     jan.weir@klgates.com
2  JOSEPH J. MELLEMA, Cal. Bar No. 248118
     joseph.mellema@klgates.com
3  TAYLOR C. FOSS, Cal. Bar No. 253486
     taylor.foss@klgates.com
4  JENNIFER A. MAURI, Cal. Bar No. 276522
     jennifer.mauri@klgates.com
5  JAMES W. MATTHEWS, Mass. Bar No. 56050
     james.matthews@klgates.com
6  KATY E. KOSKI, Mass. Bar No. 650613
     katy.koski@klgates.com
7  JASON L. DRORI, Mass. Bar No. 665865
     jason.drori@klgates.com
8
   K&L GATES LLP
9  1 Park Place
   Twelfth Floor
10 Irvine, CA  92614
   Telephone: (949) 253-0900
11 Fax: (949) 623-4499
12 Attorneys for Relator
   AMPHASTAR PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The UNITED STATES, the DISTRICT OF COLUMBIA, the states of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, *ex rel.* AMPHASTAR PHARMACEUTICALS, INC.<br><br>Plaintiffs/Relator<br><br>vs.<br><br>AVENTIS PHARMA S.A., AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS S.A., and DOES 1-10<br><br>Defendants. | No. EDCV 09-00023 MJG (OPx)<br><br>**SUBMISSION OF RELATOR'S NOTICE LETTER FOR *IN CAMERA* INSPECTION PURSUANT TO THE COURT'S JANUARY 10, 2014 ORDER**<br><br>Judge: Honorable Marvin J. Garbis<br><br>*IN CAMERA* **REVIEW – UNDER SEAL DOCUMENT ATTACHED** |

SUBMISSION OF NOTICE LETTER FOR *IN CAMERA* INSPECTION

Pursuant to the Court's January 10, 2014 Order, Amphastar hereby submits—for *in camera* review only—Relator's December 31, 2008 notice letter (hereinafter "Notice Letter"). Relator is lodging Exhibit A with the Court and is not filing Exhibit A electronically nor serving Exhibit A on Defendants.

Exhibit A is Relator's 31 U.S.C. § 3730(e)(4)(B) notice letter, which Relator mailed prior to the filing of the Complaint; this is separate and distinct from the detailed disclosure required by 31 U.S.C. § 3730(b)(2), which is not the subject of this Court's Order. *United States v. Johnson Controls, Inc.*, 457 F.3d 1009, 1015-1016 (9th Cir. 2006) ("Section 3730(e)(4)(B) requires individuals to provide the government with 'information' only, while § 3730(b) requires individuals to provide the government with much more – '[a] copy of the complaint and written disclosure of substantially all material evidence and information the person possesses.'"); *Yannacopoulos v. Gen. Dynamics*, 235 F.R.D. 661, 663 (N.D. Ill. 2006) ("[Section 3730(b)(2)] was designed to allow the relator to file suit before informing the government of the basis of the suit. Otherwise, if the relator had to inform the government of the basis of the suit before filing suit, the government could file suit first and deprive the relator of his right to sue.").

Amphastar submits the Notice Letter to comply with this Court's Order and does not waive any privilege related thereto. Amphastar maintains that a Relator need not waive its common interest privilege to maintain jurisdiction in a False Claims Act case, that 31 U.S.C. §§ 3729, 3730, *et seq.* does not require a Relator to provide the Notice Letter to Defendants, and that Defendants have no standing to challenge the adequacy of the Notice Letter.

Pursuant to the Court's January 10, 2014 Order, Relator submits—for in camera review only—the Notice Letter sent to the United States Government and not the duplicative letters sent to the state governments.[1] Counsel for Amphastar

---

[1] Relator mailed the letter submitted as Exhibit A on December 31, 2008 (prior to the filing of the January 7, 2009 Complaint) to: the Centers for Medicare & Medicaid Services in Baltimore, Maryland; the United States Attorney's Office

-1-
SUBMISSION OF NOTICE LETTER FOR *IN CAMERA* INSPECTION

hereby certifies per the Court's suggestion that the letters to the States are identical to Exhibit A, except for the identity of the addressee.[2]

>Respectfully submitted,
>
>DATED: January 17, 2013
>
>K&L GATES LLP
>
>By: /s/ _____
>Jan P. Weir
>Joseph J. Mellema
>Taylor C. Foss
>Jennifer A. Mauri
>
>Attorneys for Relator
>Amphastar Pharmaceuticals, Inc.

---

for the Central District of California; and the Office of the Attorney General for the State of California.

[2] As previously indicated in its privilege log, Relator mailed notice letters to the pertinent States on January 6, 2009, also prior to the filing of the Complaint.

-2-
SUBMISSION OF NOTICE LETTER FOR *IN CAMERA* INSPECTION

**CERTIFICATE OF SERVICE**
United States, et al., ex rel. Amphastar Pharmaceuticals, Inc.
v.
Aventis Pharma S.A. et al.
Case No. EDCV 09-0023 MJG (OPx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction service was made. My business address is 1 Park Plaza, 12th Floor, Irvine, CA 92614.

On January 17, 2014 I caused the service of a true and correct copy of **SUBMISSION OF RELATOR'S NOTICE LETTER FOR IN CAMERA INSPECTION PURSUANT TO THE COURT'S JANUARY 10, 2014 ORDER** as follows:

[X]   **CM/ECF:**  By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List by operation of the Court's CM/ECF System.

[X]   **BY U.S. MAIL**:  In the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with the same that same day in the ordinary course of business.

[X]   **BY ELECTRONIC MAIL:**  I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for e-mailing.  I prepared said document(s) in PDF and then caused such documents to be served by electronic mail to the below addressees.

**CM/ECF SERVICE LIST**

James L. Zelenay Jr.
jzelenay@gibsondunn.com

M. Sean Royall
sroyall@gibsondunn.com

Stephen C. Payne
spayne@gibsondunn.com

Susan Hershman
susan.hershman@usdoj.gov

Linda A. Kontos
USACAC.Civil@usdoj.gov
linda.kontos@usdoj.gov

**ELECTRONIC MAIL SERVICE LIST**

Richard Nicholson
richard.nicholson@usdoj.gov

Susan Hershman
susan.hershman@usdoj.gov

**U.S. MAIL SERVICE LIST**

| | |
|---|---|
| CALIFORNIA | Emmanuel R. Salazar<br>Deputy Attorney General<br>California Department of Justice<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>Office of the Attorney General<br>1425 River Park Drive, Suite 300<br>Sacramento, CA 95815 |
| DISTRICT OF COLUMBIA | Susan Kennedy, Director<br>Medicaid Fraud Control Unit of D.C.<br>Office of D.C. Inspector General<br>717 14th St., N.W., 5th Floor<br>Washington, DC 20005 |
| DELAWARE | Christina (Tina) Showalter, Director<br>Medicaid Fraud Control Unit of Delaware<br>Office of the Attorney General<br>820 N French Street, 5th Floor<br>Wilmington, DE 19801 |
| FLORIDA | James V. Varnado, Director<br>Medicaid Fraud Control Unit of Florida<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 |
| GEORGIA | Charles Richards, Director<br>Medicaid Fraud Control Unit of Georgia<br>Office of the Attorney General<br>200 Piedmont Ave<br>S.E. West Tower 19th Floor<br>Atlanta, GA 30334 |
| HAWAII | Michael L. Parrish, Director<br>Medicaid Fraud Control Unit of Hawaii<br>Office of the Attorney General<br>333 Queen Street, 10th Floor<br>Honolulu, HI 96813 |
| ILLINOIS | William Sheridan, Director<br>Medicaid Fraud Control Bureau<br>801 South 7th Street, Suite 200-M<br>P.O. Box 19461<br>Springfield, IL 62794 |
| INDIANA | Allen K. Pope, Director<br>Medicaid Fraud Control Unit of Indiana<br>Office of the Attorney General<br>8005 Castleway Drive<br>Indianapolis, IN 46250-1946 |

| | | |
|---|---|---|
| 1 2 3 | LOUISIANA | Fred A. Duhy, Director<br>Medicaid Fraud Control Unit of Louisiana<br>Office of the Attorney General<br>PO Box 94005<br>Baton Rouge, LA 70804-9005 |
| 3 4 5 | MASSACHUSETTS | Steven Hoffman, Director<br>Medicaid Fraud Control Unit of Massachusetts<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108 |
| 6 7 8 | MICHIGAN | David Tanay, Director<br>Medicaid Fraud Control Unit of Michigan<br>Office of the Attorney General<br>2860 Eyde Parkway<br>East Lansing, MI 48823 |
| 8 9 10 | MONTANA | Debrah Fosket, Director<br>Medicaid Fraud Control Unit of Montana<br>Division of Criminal Investigation<br>303 N Roberts Street, Room 367<br>Helena, MT 59620 |
| 11 12 13 | NEVADA | Mark N. Kemberling, Director<br>Medicaid Fraud Control Unit of Nevada<br>Office of the Attorney General<br>100 North Carson St.<br>Carson City, NV 89701-4717 |
| 13 14 15 | NEW HAMPSHIRE | Karin M. Eckel, Director<br>Medicaid Fraud Control Unit of New Hampshire<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301-6397 |
| 16 17 18 | NEW JERSEY | Nicole Rizzolo, Director<br>Medicaid Fraud Control Unit of New Jersey<br>Office of the Attorney General<br>25 Market Street<br>P.O. Box 094<br>Trenton, NJ 08625 |
| 19 20 21 | NEW MEXICO | Mr. Jody Curran, Director<br>Medicaid Fraud Control Unit of New Mexico<br>Office of the Attorney General<br>111 Lomas Blvd. N.W., Suite 300<br>Albuquerque, NM 87102 |
| 21 22 23 | NEW YORK | Monica Hickey-Martin, Director<br>Medicaid Fraud Control Unit of New York<br>Office of the Attorney General<br>120 Broadway, 13th Floor<br>New York, NY 10271 |
| 24 25 26 | OKLAHOMA | Ms. Mykel Fry, Director<br>Medicaid Fraud Control Unit of Oklahoma<br>Office of the Attorney General<br>313 NE 21st<br>Oklahoma City, OK 73105 |
| 26 27 28 | RHODE ISLAND | James F. Dube, Director<br>Medicaid Fraud Control Unit of Rhode Island<br>Office of the Attorney General<br>150 S Main Street<br>Providence, RI 02903 |

-5-
SUBMISSION OF NOTICE LETTER FOR *IN CAMERA* INSPECTION

| | |
|---|---|
| TENNESSEE | Norman Tidwell, Director<br>Medicaid Fraud Control Unit of Tennessee<br>Bureau of Investigation<br>901 R.S. Gass Boulevard<br>Nashville, TN 37216-2639 |
| TEXAS | W. Rick Copeland, Director<br>Medicaid Fraud Control Unit of Texas<br>Office of the Attorney General<br>6330 Hwy 290 East, Suite 250<br>Austin, TX 78723 |
| VIRGINIA | Randall L. Clouse, Director<br>Medicaid Fraud Control Unit of Virginia<br>Office of the Attorney General<br>900 E Main Street, 5th Floor<br>Richmond, VA 23219 |
| WISCONSIN | Tom Storm, Director<br>Medicaid Fraud Control Unit of Wisconsin<br>Office of the Attorney General<br>PO Box 7857<br>Madison, WI 53707-7857 |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 17, 2014, at Irvine, California.

_____
Brittney Salter