```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
                      EASTERN DIVISION

AMPHASTAR PHARMACEUTICALS INC.    *
                                                    JS-6
         Plaintiff                *

         vs.                      *  EDCV-09-0023 MJG

AVENTIS PHARMA SA, et al.         *

         Defendants               *

*   *    *    *    *    *    *    *    *    *

                      JUDGMENT ORDER
```

Pursuant to the Decision Re: Jurisdiction, issued this date:

1. Judgment shall be, and hereby is, entered in favor of Defendant Aventis Pharma SA, et al, against Plaintiff Amphastar Pharmaceuticals Inc. dismissing the case for lack of jurisdiction, with just costs pursuant to 28 U.S.C. § 1919.

2. The Court retains jurisdiction to address matters, including the imposition of sanctions, in regard to the conduct of Plaintiff's counsel.

SO ORDERED, on Monday, July 13, 2015.

                              _____/s/_____
                                Marvin J. Garbis
                             United States District Judge