JAN P. WEIR, Cal. Bar No. 106652
  jan.weir@klgates.com
JOSEPH J. MELLEMA, Cal. Bar No. 248118
  joseph.mellema@klgates.com
TAYLOR C. FOSS, Cal. Bar No. 253486
  taylor.foss@klgates.com
JENNIFER A. MAURI, Cal. Bar No. 276522
  jennifer.mauri@klgates.com
JAMES W. MATTHEWS, Mass. Bar No. 56050
  james.matthews@klgates.com
KATY E. KOSKI, Mass. Bar No. 650613
  katy.koski@klgates.com
JASON L. DRORI, Mass. Bar No. 665865
  jason.drori@klgates.com

K&L GATES LLP
1 Park Place
Twelfth Floor
Irvine, CA  92614
Telephone: (949) 253-0900
Fax: (949) 623-4499

Attorneys for Relator
AMPHASTAR PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The UNITED STATES, the DISTRICT OF COLUMBIA, the states of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, *ex rel.* AMPHASTAR PHARMACEUTICALS, INC.<br><br>Plaintiffs/Relator<br><br>vs.<br><br>AVENTIS PHARMA S.A., AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS S.A., and DOES 1-10<br><br>Defendants. | No. EDCV 09-00023 MJG (OPx)<br><br>Judge:  Honorable Marvin J. Garbis<br><br>**NOTICE OF APPEAL** |

-1-

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Relator Amphastar Pharmaceuticals, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders and judgment, including all interlocutory orders that gave rise to those orders and judgment, and further including orders on evidence and evidentiary rulings at the Court's evidentiary hearing from July 7, 2015 through July 10, 2015:

Orders:

| Dkt. | Date | Description |
|---|---|---|
| Dkt. 78 | 11/14/12 | Memorandum and Order: Motion to Dismiss |
| Dkt. 110 | 04/19/13 | Memorandum and Order Re: Amended Complaint |
| Dkt. 198 | 02/25/14 | Original Source Phase Scheduling Order |
| Dkt. 253 | 05/14/14 | Letter Order Re: Telephonic Status Conference |
| Dkt. 281 | 06/30/14 | Order Re: Evidentiary Hearing Exhibits and Witnesses |
| Dkt. 377 | 03/26/15 | Order Re: Issue Preclusion Motion |
| Dkt. 378 | 07/13/15 | Decision re Jurisdiction |

Judgment:

| Dkt. 379 | 07/13/15 | Judgment Order |
|---|---|---|

DATED: July 20, 2015

K&L GATES LLP

By: */s/ Jan P. Weir*
    Jan P. Weir
    Joseph J. Mellema
    Taylor C. Foss
    Jennifer A. Mauri

Attorneys for Plaintiff/Relator
Amphastar Pharmaceuticals, Inc.

# CERTIFICATE OF SERVICE

United States, et al., ex rel. Amphastar Pharmaceuticals, Inc.
v.
Aventis Pharma S.A. et al.
Case No. EDCV 09-0023 MJG (OPx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction service was made. My business address is 1 Park Plaza, 12th Floor, Irvine, CA 92614.

On July 20, 2015, I caused the service of a true and correct copy of **NOTICE OF APPEAL**

as follows:

[X]  **CM/ECF:** By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List by operation of the Court's CM/ECF System.

[X]  **BY U.S. MAIL**: In the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with the same that same day in the ordinary course of business.

[X]  **BY ELECTRONIC MAIL:** I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for e-mailing. I prepared said document(s) in PDF and then caused such documents to be served by electronic mail to the below addressees.

## CM/ECF SERVICE LIST

James L. Zelenay Jr.
jzelenay@gibsondunn.com

M. Sean Royall
sroyall@gibsondunn.com

Stephen C. Payne
spayne@gibsondunn.com

**ELECTRONIC MAIL SERVICE LIST**

Richard Nicholson
richard.nicholson@usdoj.gov

Susan Hershman
susan.hershman@usdoj.gov

**U.S. MAIL SERVICE LIST**

| | |
|---|---|
| CALIFORNIA | Emmanuel R. Salazar<br>Deputy Attorney General<br>California Department of Justice<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>Office of the Attorney General<br>1425 River Park Drive, Suite 300<br>Sacramento, CA 95815 |
| DISTRICT OF COLUMBIA | Susan Kennedy, Director<br>Medicaid Fraud Control Unit of D.C.<br>Office of D.C. Inspector General<br>717 14th St., N.W., 5th Floor<br>Washington, DC 20005 |
| DELAWARE | Christina (Tina) Showalter, Director<br>Medicaid Fraud Control Unit of Delaware<br>Office of the Attorney General<br>820 N French Street, 5th Floor<br>Wilmington, DE 19801 |
| FLORIDA | James V. Varnado, Director<br>Medicaid Fraud Control Unit of Florida<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 |
| GEORGIA | Charles Richards, Director<br>Medicaid Fraud Control Unit of Georgia<br>Office of the Attorney General<br>200 Piedmont Ave<br>S.E. West Tower 19th Floor<br>Atlanta, GA 30334 |
| HAWAII | Michael L. Parrish, Director<br>Medicaid Fraud Control Unit of Hawaii<br>Office of the Attorney General<br>333 Queen Street, 10th Floor<br>Honolulu, HI 96813 |
| ILLINOIS | Illinois State Police<br>Medicaid Fraud Control Unit<br>801 South 7th Street, Suite 500-A<br>Springfield, IL 62703 |
| INDIANA | Allen K. Pope, Director<br>Medicaid Fraud Control Unit of Indiana<br>Office of the Attorney General<br>8005 Castleway Drive<br>Indianapolis, IN 46250-1946 |

| | | |
|---|---|---|
| 1 2 3 | LOUISIANA | Fred A. Duhy, Director<br>Medicaid Fraud Control Unit of Louisiana<br>Office of the Attorney General<br>PO Box 94005<br>Baton Rouge, LA 70804-9005 |
| 3 4 5 | MASSACHUSETTS | Steven Hoffman, Director<br>Medicaid Fraud Control Unit of Massachusetts<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108 |
| 6 7 | MICHIGAN | David Tanay, Director<br>Medicaid Fraud Control Unit of Michigan<br>Office of the Attorney General<br>2860 Eyde Parkway<br>East Lansing, MI 48823 |
| 8 9 10 | MONTANA | Debrah Fosket, Director<br>Medicaid Fraud Control Unit of Montana<br>Division of Criminal Investigation<br>303 N Roberts Street, Room 367<br>Helena, MT 59620 |
| 11 12 13 | NEVADA | Mark N. Kemberling, Director<br>Medicaid Fraud Control Unit of Nevada<br>Office of the Attorney General<br>100 North Carson St.<br>Carson City, NV 89701-4717 |
| 13 14 15 | NEW HAMPSHIRE | Karin M. Eckel, Director<br>Medicaid Fraud Control Unit of New Hampshire<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301-6397 |
| 16 17 18 | NEW JERSEY | Nicole Rizzolo, Director<br>Medicaid Fraud Control Unit of New Jersey<br>Office of the Attorney General<br>25 Market Street<br>P.O. Box 094<br>Trenton, NJ 08625 |
| 19 20 21 | NEW MEXICO | Mr. Jody Curran, Director<br>Medicaid Fraud Control Unit of New Mexico<br>Office of the Attorney General<br>111 Lomas Blvd. N.W., Suite 300<br>Albuquerque, NM 87102 |
| 22 23 | NEW YORK | Monica Hickey-Martin, Director<br>Medicaid Fraud Control Unit of New York<br>Office of the Attorney General<br>120 Broadway, 13th Floor<br>New York, NY 10271 |
| 24 25 26 | OKLAHOMA | Ms. Mykel Fry, Director<br>Medicaid Fraud Control Unit of Oklahoma<br>Office of the Attorney General<br>313 NE 21st<br>Oklahoma City, OK 73105 |
| 27 28 | RHODE ISLAND | James F. Dube, Director<br>Medicaid Fraud Control Unit of Rhode Island<br>Office of the Attorney General<br>150 S Main Street<br>Providence, RI 02903 |

| | |
|---|---|
| TENNESSEE | Norman Tidwell, Director<br>Medicaid Fraud Control Unit of Tennessee<br>Bureau of Investigation<br>901 R.S. Gass Boulevard<br>Nashville, TN 37216-2639 |
| TEXAS | W. Rick Copeland, Director<br>Medicaid Fraud Control Unit of Texas<br>Office of the Attorney General<br>6330 Hwy 290 East, Suite 250<br>Austin, TX 78723 |
| VIRGINIA | Randall L. Clouse, Director<br>Medicaid Fraud Control Unit of Virginia<br>Office of the Attorney General<br>900 E Main Street, 5th Floor<br>Richmond, VA 23219 |
| WISCONSIN | Tom Storm, Director<br>Medicaid Fraud Control Unit of Wisconsin<br>Office of the Attorney General<br>PO Box 7857<br>Madison, WI 53707-7857 |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 20, 2015 at Irvine, California.

*/s/ Terry L. Kuester*
Terry L. Kuester