```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
                      EASTERN DIVISION

AMPHASTAR PHARMACEUTICALS INC.   *

           Plaintiff             *

       vs.                       *   EDCV-09-0023 MJG

AVENTIS PHARMA SA, et al.        *

           Defendants            *

*     *     *     *     *     *     *     *     *
```

ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

Pursuant to the Order Re: Potential Sanctions issued herewith:

1. Plaintiff Amphastar Pharmaceuticals Inc. and Jan Weir, Esquire shall file a document showing cause why sanctions should not be imposed on them in regard to the evidentiary hearing held July 7-10, 2014, particularly:

    a. Misleading the Court to believe that certain exhibits were true and complete copies of original documents in counsel's and/or Amphastar's possession when Mr. Weir knew that the exhibits were not true and complete copies.

    b. Utilizing and referring to certain exhibits as if they were, contrary to facts known to Mr. Weir, true and complete copies of original documents.

    c. Failing to advise the Court during the testimony of an Amphastar witness, that an exhibit referred to, DX 22, had a blank space that was not blank in the original in counsel's possession but contained relevant information.

2. The said document shall not incorporate prior submissions by reference.

3. The date for filing the said document shall be set by further Order.

SO ORDERED, on Wednesday, May 04, 2016.

                                                /s/
                                  Marvin J. Garbis
                        United States District Judge