```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
                     EASTERN DIVISION
```

AMPHASTAR PHARMACEUTICALS INC.   *

       Plaintiff              *

    vs.                          *   EDCV-09-0023 MJG

AVENTIS PHARMA SA, et al.        *

       Defendants             *

\*      \*      \*      \*      \*      \*      \*      \*      \*

## SHOW CAUSE PROCEDURAL ORDER

Pursuant to the conference held May 13, 2016:

1. By Friday, May 20,[1] Aventis shall write a letter stating which exhibits it contends were not "true and complete copies" of original documents in the possession of Amphastar and/or its counsel.

2. By June 13, Amphastar and counsel shall file a response to the Show Cause Order [ECF No. 450].

3. By July 7, Aventis shall file a reply.

4. By July 21, Amphastar and counsel may file any sur-reply.

5. The Court shall arrange a telephone conference to discuss, in light of the aforesaid filings, such further proceedings as may be appropriate.

SO ORDERED, on Monday, May 16, 2016.

                                          /s/_____
                                  Marvin J. Garbis
                        United States District Judge

---

[1] All dates referred to herein are in the year 2016.