WILLIAM B. DAWSON (*pro hac vice*)
WDawson@gibsondunn.com
TRACEY B. DAVIES (*pro hac vice*)
TDavies@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY (SBN 212532)
MPerry@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5303
Telephone: 202.887.3693
Facsimile: 202.530.4237

RICHARD H. CUNNINGHAM (*pro hac vice*)
RHCunningham@gibsondunn.com
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5752
Facsimile: 303.313.2833

GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendants
AVENTIS PHARMA S.A.,
AVENTIS PHARMACEUTICALS, INC.,
And SANOFI-AVENTIS S.A.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMPHASTAR PHARMACEUTICALS, INC., <br><br> Plaintiff/Relator, <br><br> v. <br><br> AVENTIS PHARMA S.A., AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS S.A., and DOES 1-10 <br><br> Defendants. | Case No. EDCV09-00023 MJG (OPx) <br><br> NOTICE OF AVENTIS'S APPLICATION FOR ENTITLEMENT TO FEES AND EXPENSES UNDER 31 U.S.C. § 3730(D)(4) <br><br> **Hearing:** <br> Date: September 1, 2017 <br> Time: TBD <br> Place: TBD <br><br> Judge: Hon. Marvin J. Garbis |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 1, 2017, or as soon thereafter as may be heard before the Honorable Marvin J. Garbis, at a location to be determined, Defendants Aventis Pharma S.A., Aventis Pharmaceuticals, Inc., and Sanofi-Aventis S.A. (collectively, "Aventis"), will and hereby do apply to the Court for entitlement to fees and expenses under 31 U.S.C. § 3730(d)(4).

Pursuant to Local Rule 7-3, counsel met and conferred by telephone on July 1, 2017.

Dated: July 14, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP
William B. Dawson
Tracey B. Davies
Mark A. Perry
Richard H. Cunningham

By: /s/ *Mark A. Perry*
   Mark A. Perry

Attorneys for Defendants,
AVENTIS PHARMA S.A.,
AVENTIS PHARMACEUTICALS, INC.,
and SANOFI-AVENTIS S.A.

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in Dallas, Texas. I am over the age of 18 and not a party to this action; my business address is 2100 McKinney Ave, Suite 1100, Dallas, Texas 75201.

On July 14, 2017, I caused the service of a true and correct copy of the foregoing, as follows:

**NOTICE OF AVENTIS'S APPLICATION FOR ENTITLEMENT TO FEES AND EXPENSES UNDER 31 U.S.C. § 3730(D)(4)**

**[X]** by electronic mail to the email addresses denoted on the attached Electronic Mail Notice list

**[X]** by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the United States of America and Texas that the above is true and correct.

Executed on July 14, 2017 at Dallas, Texas.

| Olivia Adendorff | /s/ *Olivia Adendorff* |
|---|---|
| (Type or Print Name) | (Signature) |

Linda A. Kontos
Office of the U.S. Attorney
Federal Building, Rm. 7516
300 N Los Angeles St
Los Angeles, CA 90012

Emmanuel Salazar
CA Bureau of Medi-Cal Fraud & Elder Abuse
1425 River Park Drive, Suite 300
Sacramento, CA 95815

Office of the Attorney General
Carvel State Office Building
820 N. French Street, 5th Floor
Wilmington, DE 19801

District of Columbia
Office of the Attorney General
441 4th Street NW
Washington, DC 20001

State of Florida
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, IL 60601

Indiana Attorney General's Office
Medicaid Fraud Control Unit
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

Office of the Attorney General
State of Louisiana
1885 N. Third Street
P.O. Box 94005
Baton Rouge, LA 70802

Office of the Attorney General
One Ashburton Place
Boston, MA  02108

Michigan Department of Attorney General
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI  48909

Montana Department of Justice
Office of the Attorney General
215 N. Sanders
P.O. Box 201401
Helena, MT  59620-1401

Office of the Attorney General
100 North Carson St.
Carson City, NV  89701

Office of the Attorney General
33 Capitol Street
Concord, NH  03301

Office of the Attorney General
25 Market St.
P.O. Box 112
Trenton, NJ  08625

Office of the Attorney General
111 Lomas Blvd. NW, Suite 300
Albuquerque, NM  87102

Office of the Attorney General
Attn: Department of Law, False Claims Act
120 Broadway
New York, NY  10271-0332

Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK  73105

Office of the Attorney General
150 South Main Street
Providence, RI  02903

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN  37202-0207

Office of the Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, TX  78711-2548

Office of the Attorney General
900 East Main Street
Richmond, VA  23219

Wisconsin Department of Justice
Office of the Attorney General
17 W. Main St.
P.O. Box 7857
Madison, WI  53707-7857