# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Mark A. Perry
Direct: +1 202.887.3667
Fax: +1 202.530.9696
MPerry@gibsondunn.com

March 6, 2018

<u>VIA ECF</u>

The Honorable Shashi Kewalramani
United States Magistrate Judge
U.S. District Court for the Central District of California
George E. Brown, Jr. Federal Building
   and United States Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

Re:     *Amphastar Pharmaceuticals Inc. v. Aventis Pharma SA, et al.,*
         No. EDCV 09-00023-MJG (SHKx)

Dear Judge Kewalramani:

Pursuant to the Court's order (*see* Dkt. No. 545), the parties respectfully inform the Court that they have selected Hon. Layn R. Phillips (ret.) as a private mediator, and that mediation is scheduled to take place on May 17, 2018.

The parties will promptly notify the Court of the outcome of the mediation.


Sincerely,

<u>/s/ Mark A. Perry</u>
Mark A. Perry
*Counsel for Aventis Pharma S.A.,*
*Aventis Pharmaceuticals, Inc., and Sanofi-Aventis S.A.*


CC:  Wayne R. Gross and Evan C. Borges, Counsel for Amphastar Pharmaceuticals Inc.