WAYNE R. GROSS (SBN138828)
  WGross@GGTrialLaw.com
EVAN C. BORGES (SBN 128706)
  EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Telephone:  949.383.2800

Attorneys for Plaintiff/Relator
AMPHASTAR PHARMACEUTICALS,
INC.

WILLIAM B. DAWSON (*pro hac vice*)
  WDawson@gibsondunn.com
TRACEY B. DAVIES (*pro hac vice*)
  TDavies@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone:  214.698.3100
Facsimile:  214.571.2900

MARK A. PERRY (SBN 212532)
  MPerry@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.887.3693
Facsimile:  202.530.4237

RICHARD H. CUNNINGHAM
(*pro hac vice*)
  RHCunningham@gibsondunn.com
1801 California Street
Denver, CO 80202-2642
Telephone:  303.298.5752
Facsimile:  303.313.2833

GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendants
AVENTIS PHARMA S.A., AVENTIS
PHARMACEUTICALS, INC.,
and SANOFI-AVENTIS S.A.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMPHASTAR PHARMACEUTICALS, INC., <br><br> Plaintiff/Relator, <br><br> v. <br><br> AVENTIS PHARMA S.A., AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS S.A., and DOES 1-10, <br><br> Defendants. | Case No. EDCV09-00023 MJG (OPx) <br><br> JOINT NOTIFICATION OF OUTCOME OF MEDIATION AND REQUEST FOR STATUS CONFERENCE <br><br> Judge:  Hon. Marvin J. Garbis <br> Magistrate Judge:  Shashi Kewalramani |

JOINT NOTIFICATION OF OUTCOME OF
MEDIATION AND REQUEST FOR STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 20, 2017, the district court ordered Amphastar to pay Aventis its reasonable fees and expenses from the unsealing of the complaint to the final disposition of this case. *See* Dkt. 541 at 22.  The court referred this matter to the magistrate judge "to conduct such proceedings as may be necessary and provide a report and recommendation regarding the amount of the award to be made." *See id.* at 23 and Dkt. 543.  At the parties' request, those proceedings were temporarily suspended pending a private mediation before the Hon. Layn R. Phillips (ret.). *See* Dkts. 545 & 546.  The mediation was conducted on May 17, 2018, but the parties were unable to reach a negotiated resolution.  Accordingly, the parties jointly request a telephonic status conference to address next steps regarding Aventis's fee application.

Dated:  May 24, 2018                    Respectfully submitted,


GREENBERG GROSS LLP                 GIBSON, DUNN & CRUTCHER LLP
Wayne R. Gross                      William B. Dawson
Evan C. Borges                      Tracey B. Davies
                                    Mark A. Perry
By:  /s/ Wayne R. Gross             Richard H. Cunningham
     Wayne R. Gross

Attorneys for Plaintiff/Relator     By:  /s/ Mark A. Perry
AMPHASTAR PHARMACEUTICALS,               Mark A. Perry
INC.
                                    Attorneys for Defendants
                                    AVENTIS PHARMA S.A.,
                                    AVENTIS PHARMACEUTICALS, INC.,
                                    and SANOFI-AVENTIS S.A.

Gibson, Dunn &
Crutcher LLP

JOINT NOTIFICATION OF OUTCOME OF
MEDIATION AND REQUEST FOR STATUS CONFERENCE                              1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

     I am employed in Dallas, Texas.  I am over the age of 18 and not a party to this action; my business address is 2100 McKinney Ave, Suite 1100, Dallas, Texas 75201.

     On May 24, 2018, I caused the service of a true and correct copy of the foregoing by ECF, as well as by U.S. mail to the attached list.

     I declare under penalty of perjury under the laws of the United States of America and Texas that the above is true and correct.


     Executed on May 24, 2018 at Austin, Texas.


Tracey B. Davies         /s/ *Tracey B. Davies*

(Type or Print Name)       (Signature)

Gibson, Dunn & Crutcher LLP

JOINT NOTIFICATION OF OUTCOME OF
MEDIATION AND REQUEST FOR STATUS CONFERENCE

1   David K. Barrett
2   Office of the U.S. Attorney
    Federal Building, Rm. 7516
3   300 N Los Angeles St
    Los Angeles, CA 90012
4

5   Emmanuel Salazar
    CA Bureau of Medi-Cal Fraud & Elder Abuse
6   2329 Gateway Oaks Drive, Suite 200
7   Sacramento, CA 95833-4252

8   Office of the Attorney General
9   Carvel State Office Building
    820 N. French Street, 5th Floor
10  Wilmington, DE  19801

11
    District of Columbia
12  Office of the Attorney General
13  441 4th Street NW
    Washington, DC  20001
14

15  State of Florida
    Office of the Attorney General
16  The Capitol PL-01
17  Tallahassee, FL  32399-1050

18  Office of the Attorney General
19  40 Capitol Square, SW
    Atlanta, GA  30334
20

21  State of Hawaii
    Department of the Attorney General
22  425 Queen Street
23  Honolulu, HI  96813

24  Illinois Attorney General
25  100 West Randolph Street, 12th Floor
    Chicago, IL  60601
26

27  Indiana Attorney General's Office
    Medicaid Fraud Control Unit
28

Gibson, Dunn &
Crutcher LLP

JOINT NOTIFICATION OF OUTCOME OF
MEDIATION AND REQUEST FOR STATUS CONFERENCE

Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN  46204

Office of the Attorney General
State of Louisiana
1885 N. Third Street
P.O. Box 94005
Baton Rouge, LA  70802

Office of the Attorney General
One Ashburton Place
Boston, MA  02108

Michigan Department of Attorney General
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI  48909

Montana Department of Justice
Office of the Attorney General
215 N. Sanders
P.O. Box 201401
Helena, MT  59620-1401

Office of the Attorney General
100 North Carson St.
Carson City, NV  89701

Office of the Attorney General
33 Capitol Street
Concord, NH  03301

Office of the Attorney General
25 Market St.
P.O. Box 112
Trenton, NJ  08625

Office of the Attorney General
111 Lomas Blvd. NW, Suite 300
Albuquerque, NM  87102

Gibson, Dunn &
Crutcher LLP

JOINT NOTIFICATION OF OUTCOME OF
MEDIATION AND REQUEST FOR STATUS CONFERENCE

Office of the Attorney General
Attn: Department of Law, False Claims Act
120 Broadway
New York, NY  10271-0332

Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK  73105

Office of the Attorney General
150 South Main Street
Providence, RI  02903

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN  37202-0207

Office of the Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, TX  78711-2548

Office of the Attorney General
900 East Main Street
Richmond, VA  23219

Wisconsin Department of Justice
Office of the Attorney General
17 W. Main St.
P.O. Box 7857
Madison, WI  53707-7857

JOINT NOTIFICATION OF OUTCOME OF
MEDIATION AND REQUEST FOR STATUS CONFERENCE