1  WILLIAM B. DAWSON (*pro hac vice*)
   WDawson@gibsondunn.com
2  TRACEY B. DAVIES (*pro hac vice*)
   TDavies@gibsondunn.com
3  2100 McKinney Avenue, Suite 1100
   Dallas, TX 75201-6912
4  Telephone:  214.698.3100
5  Facsimile:  214.571.2900

6  MARK A. PERRY (SBN 212532)
   MPerry@gibsondunn.com
7  1050 Connecticut Avenue, N.W.
   Washington, DC 20036
8  Telephone:  202.887.3693
9  Facsimile:  202.530.4237

10 RICHARD H. CUNNINGHAM (*pro hac vice*)
   RHCunningham@gibsondunn.com
11 1801 California Street
   Denver, CO 80202-2642
12 Telephone:  303.298.5752
13 Facsimile:  303.313.2833

14 GIBSON, DUNN & CRUTCHER LLP

15 Attorneys for Defendants
16 AVENTIS PHARMA S.A.,
   AVENTIS PHARMACEUTICALS, INC.,
17 And SANOFI-AVENTIS S.A.

18             UNITED STATES DISTRICT COURT
19             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMPHASTAR PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVENTIS PHARMA S.A., AVENTIS PHARMACEUTICALS, INC., SANOFI-AVENTIS S.A., AND DOES 1-10, <br><br> Defendants. | CASE NO. EDCV09-00023 MJG (SHKx) <br><br> **FILED UNDER SEAL** <br><br> **DECLARATION OF MARK A. PERRY IN SUPPORT OF AVENTIS'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS APPLICATION FOR FEES & EXPENSES** <br><br> Hon. Shashi H. Kewalramani <br><br> MOTION HEARING:  TBD |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARK A. PERRY IN SUPPORT OF
AVENTIS'S APPLICATION TO FILE UNDER SEAL PORTIONS
OF ITS APPLICATION FOR FEES & EXPENSES

I, Mark A. Perry, declare as follows:

1. I am an attorney duly licensed to practice before the courts of California and the District of Columbia. I am a partner in the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), which represents Defendants Aventis Pharma S.A., Aventis Pharmaceuticals, Inc., and Sanofi-Aventis S.A. (collectively, "Aventis") in the above-captioned litigation brought by Amphastar Pharmaceuticals, Inc. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto. I make this Declaration in support of Aventis's Application for Leave to File Under Seal Portions of its Application for Fees and Expenses.

2. Aventis requests leave to publicly file a redacted version of its Application for Fees and Expenses, and to file under seal the unredacted version of that document and the supporting declarations of Tracey B. Davies, Daniel L. Dovdavany, Gerald G. Knapton, and Mark A. Perry (including the associated attachments).

3. Each of the documents for which sealing is requested involve extensive discussions, data, and quotations of fees and costs paid by Aventis to lawyers, experts, and/or other consultants and vendors, including discounts and other negotiated terms under which such services were provided.

4. These materials are being designated as "Confidential" by Aventis pursuant to the Protective Order.

5. The financial details of Aventis's negotiated terms of engagement with Gibson Dunn are not publicly available, and are commercially sensitive for both Gibson Dunn and Aventis. Disclosure would be competitively harmful to both Gibson Dunn and Aventis.

6. Additionally, as described in the concurrently filed Rule 502 Stipulation and Proposed Order, the various attachments to the declarations may include information protected by the attorney-client privilege and/or work-product protection.

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARK A. PERRY IN SUPPORT OF
AVENTIS'S APPLICATION TO FILE UNDER SEAL PORTIONS
OF ITS APPLICATION FOR FEES & EXPENSES

1

7. Aventis has prepared a redacted version of its Application for Fees and Expenses. However, as to the associated declarations and exhibits, the pervasiveness of the protected content is such that it is impractical and/or unduly burdensome for Aventis to create redacted versions.

8. Pursuant to Local Rule 7-3, I sent an email to Evan Borges, counsel for Amphastar, on July 27, 2018 requesting Amphastar's position on this application. Mr. Borges advised me by email that day that Amphastar does not object to this application, but reserves rights.

9. Pursuant to Local Rule 79-5, Aventis is concurrently filing (i) a publicly available application to file under seal, proposed order, and redacted versions of the documents listed below; and (ii) this sealed Declaration accompanied by full versions of the sealed materials:

  a. Aventis's Application for Fees and Expenses;
  b. Declaration of Tracey B. Davies with associated exhibits;
  c. Declaration of Daniel L. Dovdavany with associated exhibits;
  d. Declaration of Gerald G. Knapton with associated exhibits;
  e. Declaration of Mark A. Perry with associated exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of July, 2018, in Warren, Rhode Island.

       /s/ Mark A. Perry
       Mark A. Perry

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARK A. PERRY IN SUPPORT OF
AVENTIS'S APPLICATION TO FILE UNDER SEAL PORTIONS
OF ITS APPLICATION FOR FEES & EXPENSES

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in Dallas, Texas, I am over the age of eighteen years and am not a party to this action; my business address 2100 McKinney Ave, Suite 1100, Dallas, Texas 75201. On July 31, 2018, I caused the service of a true and correct copies of the documents described as follows:

**AVENTIS'S NOTICE OF APPLICATION FOR FEES AND EXPENSES UNDER 31 U.S.C. § 3730(D)(4)**

**AVENTIS'S APPLICATION FOR FEES AND EXPENSES UNDER 31 U.S.C. § 3730(D)(4)**

**DECLARATION OF TRACEY B. DAVIES IN SUPPORT OF AVENTIS'S APPLICATION FOR FEES AND EXPENSES, WITH EXHIBIT**

**DECLARATION OF DANIEL L. DOVDAVANY IN SUPPORT OF AVENTIS'S APPLICATION FOR FEES AND EXPENSES**

**DECLARATION OF MARK A. PERRY IN SUPPORT OF AVENTIS'S APPLICATION FOR FEES AND EXPENSES, WITH EXHIBITS**

**DECLARATION OF GERALD G. KNAPTON IN SUPPORT OF AVENTIS'S APPLICATION FOR FEES AND EXPENSES, WITH EXHIBITS**

**[X]** by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice list by operation of the Court's CM/ECF System.

**[X]** by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the above is true and correct.

Executed on July 31, 2018 at Dallas, Texas.

| Tracey B. Davies | /s/ *Tracey B. Davies* |
|---|---|
| (Type or Print Name) | (Signature) |

Gibson, Dunn & Crutcher LLP

**ELECTRONIC MAIL NOTICE LIST**

The following are those who are currently on the list to receive email notices for this case:

Jan P. Weir
jweir@mrllp.com

Evan C. Borges
EBorges@GGTrialLaw.com

Linda A. Kontos
usacac.civil@usdoj.gov

David K. Barrett
usacac.civil@usdoj.gov

Corey K. Klein
cklein@kbkfirm.com

Meaghan L. Lert
mlert@kbkfirm.com

Jennifer A. Mauri
jmauri@mrllp.com

Alan Jay Weil
ajweil@kbkfirm.com

**MANUAL NOTICE LIST**

Joyce R. Branda
US Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Office of the U.S. Attorney
Federal Building, Rm. 7516
300 N Los Angeles St
Los Angeles, CA 90012

Office of the Attorney General
Attn: False Claims
P.O. Box 944255
Sacramento, CA  94244-2550

Office of the Attorney General
Medicaid Fraud Control Unit
Carvel State Office Building
820 N. French Street, 5th Floor
Wilmington, DE  19801

District of Columbia
Office of the Attorney General

Attn:  Darlene Fields
441 4th Street NW, Suite 600S
Washington, DC  20001

State of Florida
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL  32399-1050

Office of the Attorney General
40 Capitol Square, SW
Building 1, Suite 200
Tucker, GA  30334

State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, IL  60601

Indiana Attorney General's Office
Medicaid Fraud Control Unit
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN  46204

Office of the Attorney General
State of Louisiana
1885 N. Third Street
P.O. Box 94005
Baton Rouge, LA  70802

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108

Michigan Department of Attorney General
Healthcare Fraud Division
P.O. Box 30218
Lansing, MI  48909

Montana Department of Justice
Office of the Attorney General
P.O. Box 201401
Helena, MT  59620-1401

Office of the Attorney General
100 North Carson St.
Carson City, NV  89701

Office of the Attorney General
33 Capitol Street
Concord, NH  03301

Gibson, Dunn &
Crutcher LLP

CERTIFICATE OF SERVICE

1

2  Office of the Attorney General
   25 Market St.
   P.O. Box 112
3  Trenton, NJ  08625

4  Office of the Attorney General
   111 Lomas Blvd. NW, Suite 300
5  Albuquerque, NM  87102

6  Office of the Attorney General
   Attn: Department of Law, False Claims Act
7  120 Broadway
   New York, NY  10271-0332

8

9  Office of the Attorney General
   313 NE 21st Street
   Oklahoma City, OK  73105

10

11 Office of the Attorney General
   150 South Main Street
   Providence, RI  02903

12

13 Office of the Attorney General and Reporter
   P.O. Box 20207
   Nashville, TN  37202-0207

14

15 Office of the Attorney General
   Civil Medicaid Fraud Division
   P.O. Box 12307
16 Austin, TX  78711-2307

17 Office of the Attorney General
   900 East Main Street
18 Richmond, VA  23219

19 Wisconsin Department of Justice
   Office of the Attorney General
20 Medicaid Fraud Control & Elder Abuse Unit
   17 W. Main St.
21 P.O. Box 7857
   Madison, WI  53707-7857

22

23

24

25

26

27

28